1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DEREK J. BLOODWORTH,

11          Plaintiff,                        No. CIV S-09-3348 GEB EFB P

12          vs.

13   N. HAYWARD, et al.,

14          Defendants.                       ORDER

15   _____/

16          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  On April 14, 2011, the court found that plaintiff's amended complaint stated a

18   cognizable claim as to defendants Hayward, Ostrom, Bush, Johnson, Ebbitt, Cox and Glensor.

19   Plaintiff was directed to submit the documents to effect service of the amended complaint within

20   thirty days.

21          The thirty-day period has passed and plaintiff has failed to submit the documents

22   necessary for service of his amended complaint or otherwise respond to the April 14, 2011 order.

23   ////

24   ////

25   ////

26   ////

1

1    Accordingly, it is hereby ORDERED that within twenty-one days, plaintiff shall submit

2  the documents necessary to effect service on defendants in compliance with the court's April 14,

3  2011 order.  Failure to comply will result in a recommendation that this action be dismissed for

4  failure to prosecute.  *See* Fed. R. Civ. P. 41(b).

5  DATED:   May 26, 2011.

6  _____

7  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26