IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK J. BLOODWORTH,

        Plaintiff,                      No. CIV S-09-3348 GEB EFB P

     vs.

N. HAYWARD, et al.,

        Defendants.              FINDINGS AND RECOMMENDATIONS

_____/

       Plaintiff is a former state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On August 23, 2011, defendants Bush, Hayward, Glensor, Johnson, Cox, Ostrom and Ebbitt filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). Dckt. No. 21.

       On June 23, 2011, the court advised plaintiff of the requirements for opposing a motion to dismiss and that failure to oppose such a motion might be deemed a waiver of opposition to the motion. Plaintiff failed to file an opposition.

       On October 27, 2011, the court gave plaintiff thirty days to file an opposition or statement of non-opposition and warned him that failure to do so could result in a recommendation that this action be dismissed. *See* Fed. R. Civ. P. 41(b). The time for acting has passed and plaintiff has not filed an opposition, a statement of no opposition or otherwise responded to the court's order.

1

1  Plaintiff has been warned that he must file a response to defendants' motion. Plaintiff
2  has disobeyed this court's orders. The appropriate sanction is dismissal without prejudice.
3  Accordingly, it is RECOMMENDED that this action be dismissed without prejudice.
4  *See* Fed. R. Civ. P. 41(b).
5  These findings and recommendations are submitted to the United States District Judge
6  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days
7  after being served with these findings and recommendations, any party may file written
8  objections with the court and serve a copy on all parties. Such a document should be captioned
9  "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections
10 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
11 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
12 Dated: January 4, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE